GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAR 20   PM 3: 01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-01307-TUC-RCC (JR) |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | Violations: |
| 1. Jorge Casahonda Padilla,<br>(Counts 1-3, Forfeiture) | 18 U.S.C. §§ 371, 554(a)<br>(Conspiracy to Smuggle Goods from the United States)<br>Count 1 |
| 2. Carlos Juarez, and<br>(Counts 1, 2, 4, 5, Forfeiture) | 18 U.S.C. §§ 554(a) and 2<br>(Smuggling Goods from the United States and Aiding and Abetting)<br>Count 2 |
| 3. Daniel Joseph Nastari,<br>(Counts 1, 2, 4, 5, Forfeiture) | |
| Defendants. | 18 U.S.C. § 924(h)<br>(Receipt of Firearms Knowing Firearms Will be Used to Commit a Felony)<br>Count 3 |
| | 18 U.S.C. §§ 932(b)(2) and (c)<br>(Conspiracy to Straw Purchase Firearms)<br>Count 4 |
| | 18 U.S.C. § 924(h)<br>(Conspiracy to Receive and Transfer Firearms Knowing Firearms Will be Used to Commit a Felony)<br>Count 5 |
| | 21 U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |
| | (UNDER SEAL) |

**THE GRAND JURY CHARGES:**

At all times material to this Superseding Indictment:

### Introduction

1. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has learned that firearm and ammunition trafficking organizations from Mexico utilize "straw purchasers" from the United States to illegally purchase firearms and ammunition. A straw purchaser is someone who knowingly acquires firearms and/or ammunition for someone who is prohibited by law from acquiring them or does not want his or her name associated with the acquisition of the firearms and/or ammunition. Straw purchasers often pay for firearms with U.S. currency (often times large amounts of cash) because they are given the funds to purchase the firearms from the actual buyer or other co-conspirators.

2. Several firearms trafficking organizations from Mexico purchase select firearms, and ammunition for said firearms, which are referred to by ATF as "weapons of choice." Such firearms include semi-automatic and automatic military type rifles such as AK 47-type rifles and pistols (7.62x39 mm caliber); AR 15-type rifles and pistols (5.56/.223 caliber); 9mm caliber, .40 caliber, .38 Super caliber, and .45 caliber pistols; and Barrett .50 BMG rifles.

3. From a time unknown to include July 1, 2023, and continuing through October 24, 2023, the defendants, JORGE CASAHONDA PADILLA, CARLOS JUAREZ, and DANIEL JOSEPH NASTARI, together and with others known and unknown, participated in procuring, transporting and smuggling 7.62x39 mm and 5.56x45 caliber firearms from the Southern District of Florida, to the District of Arizona for the firearms to be exported/smuggled into the Republic of Mexico.

4. On July 14, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI (NASTARI) purchased fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles from Gunslingers, a federally licensed firearms dealer, and paid approximately $11,250, in cash. NASTARI received the cash payment from CARLOS

JUAREZ (JUAREZ).  NASTARI and JUAREZ are no longer in possession of any of the firearms.

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1178992 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC23P110842 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1182192 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10900 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11736 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182986 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11777 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10841 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182087 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179009 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11734 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10881 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10873 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179012 | 7.62x39 |

5. On July 15, 2023, NASTARI texted JUAREZ, "Yo i need one of those back", "Need to pull bolt to see if it has numbers".  JUAREZ replied, "Later not around rn".  NASTARI then texted, "If it does, ima need them all back".  JUAREZ responded, "Would be nice double check taht before they left our the door," and then "I'll have them back sun down".  NASTARI responded, "Kkk".

6. On July 21, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI purchased twenty-six (26) Pioneer Arms Sporter, 7.62x39 mm rifles, from Gunslingers, a federally licensed firearms dealer, and paid approximately

$20,867, in cash.   NASTARI received the cash payment from CARLOS JUAREZ. NASTARI and JUAREZ are no longer in possession of any of the firearms.

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11788 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11774 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11823 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11769 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11891 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11794 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11836 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11838 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11779 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11813 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11883 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11805 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11811 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11786 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11733 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11820 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11737 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11874 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11841 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11843 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11760 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11731 | 7.62x39 |

| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11877 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11844 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11872 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11893 | 7.62x39 |

7. August 4, 2023, JORGE CASAHONDA PADILLA (PADILLA) was arrested at the Mariposa Port of Entry, in Nogales, in the District of Arizona, with ten (10) Pioneer Arms Sporter, 7.62x39 mm rifles and twenty (20) 30-round magazines. All the serial numbers on the firearms were obliterated. United States Border Patrol agents were later able to restore the serial numbers on five of the ten Pioneer Arms Sporter rifles. The serial numbers were traced back to DANIEL JOSEPH NASTARI's July 21, 2023, purchase of twenty-six (26) Pioneer Arms Sporter rifles. Time to recovery of the firearms from the date of purchase was fourteen (14) days.





8. During this time, CARLOS JUAREZ drove a 2015 black Cadillac Escalade, bearing Florida license plate number NNBQ35. At the time, the vehicle was registered to a third party, utilizing the known address for JUAREZ.

    a. On August 9, 2023, the Cadillac Escalade was captured travelling westbound near Tyler, Texas. Later that day, the Escalade was captured travelling westbound near Albuquerque, New Mexico.

    b. On August 10, 2023, the Escalade was captured travelling westbound south of Phoenix, AZ.

    c. On August 13, 2023, JUAREZ was seen driving the Escalade exiting Mexico and entering the United States through the Nogales, AZ Port of Entry.

    d. On August 15, 2023, the Escalade is captured travelling eastbound near Tyler, Texas. Later that day, the Escalade was captured travelling eastbound near Shreveport, Louisiana.

    e. On August 18, 2023, the Escalade was observed in Fort Pierce, Florida. The vehicle remained in Fort Pierce, Florida through September 8, 2023.

9. On August 23, 2023, DANIEL JOSEPH NASTARI placed an order with Gunslingers, a federally licensed firearms dealer in Fort Pierce, Florida, for forty

(40) Pioneer Arms Sporter, 7.62x39 mm rifles.  Between August 18, 2023, and August 23, 2023, NASTARI and CARLOS JUAREZ were in communication five times.

10. On September 1, 2023, DANIEL JOSEPH NASTARI purchased and received the forty (40) Pioneer Arms Sporter 7.62x39 mm rifles from Gunslingers, a federally licensed firearms dealer, and paid approximately $ 31,170, in cash.  NASTARI received the cash payment from CARLOS JUAREZ. That day, NASTARI and JUAREZ communicated with each other three times. NASTARI and JUAREZ are no longer in possession of any of the firearms.

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13185 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13298 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13228 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13275 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11848 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13191 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13269 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13266 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13304 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13217 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13259 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13190 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13167 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13240 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13220 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13149 | 7.62x39 |

| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13166 | 7.62x39 |
|---|---|---|---|---|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13225 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13216 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13135 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13221 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13162 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13209 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13277 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl12997 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13248 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13203 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13157 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11792 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13237 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13208 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13179 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13150 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13256 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13290 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11800 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13271 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13204 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13213 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13226 | 7.62x39 |

11. On October 12, 2023, DANIEL JOSEPH NASTARI placed an order with Gunslingers, in Fort Pierce, Florida, for an additional fifty (50) Pioneer Arms Sporter 7.62x39 mm and 5.56x45 caliber rifles.  On that day,

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 8 of 30*

a. NASTARI texted CARLOS JUAREZ, "Get the 36?"

b. JUAREZ replied, "Go ahead".

c. NASTARI then texted, "Gotta clear his card, tomorrow".

d. JUAREZ responded, "What's that mean"?

e. NASTARI texted back, "Don't have enough on card" "Tomorrow".

f. JUAREZ replied, "Ok".

g. NASTARI then texted, "Goin back, said he got card straight". "Only 29 having trouble finding anymore".

h. JUAREZ responded, "But what I'm trying head".

i. NASTARI texted, "What about full size stock?"

Then later that day, NASTARI purchased the fifty (50) Pioneer Arms Sporter 7.62x39 mm and 5.56x45 caliber rifles from Gunslingers, a federal licensed firearms dealer, and paid approximately $ 39,828, in cash. NASTARI received the cash payment from JUAREZ.

12. On October 24, 2023, DANIEL JOSEPH NASTARI received and took possession of the fifty (50) Pioneer Arms Sporter 7.62x39 mm and 5.56x45 caliber rifles. Special Agents with Homeland Security Investigations and the Bureau of Alcohol, Tobacco, Firearms and Explosives contacted NASTARI in the Gunslingers' parking lot and seized the fifty firearms.

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14618 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14637 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14623 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14630 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11908 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1187911 | 7.62x39 |

| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14609 | 7.62x39 |
|---|---|---|---|---|
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14633 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14622 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14639 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14600 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188626 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13015 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14615 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13188 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13302 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188611 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13279 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11881 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14610 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13159 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11825 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14645 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13010 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14604 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14602 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14616 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14607 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11869 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188184 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14643 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188423 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13171 | 5.56x45 |

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 10 of 30*

| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11817 | 5.56x45 |
|---|---|---|---|---|
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14599 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188621 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11900 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14628 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14619 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14625 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13281 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188549 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14605 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14638 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13285 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14644 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14647 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188603 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14612 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14629 | 5.56x45 |

//

United States of America v. Jorge Casahonda Padilla, et al.
Indictment Page 11 of 30



13. In total, DANIEL JOSEPH NASTARI purchased 130 Pioneer Arms Sporter 7.62x39 mm or 5.56x45 caliber rifles and paid approximately $103,115, in cash.

## COUNT 1

14. Paragraphs 1 through 13 of this Superseding Indictment are realleged and incorporated as fully set forth herein.

15. From a time unknown to include July 1, 2023, and continuing through October 24, 2023, in the District of Arizona, the Southern District of Florida, and elsewhere, the

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 12 of 30*

defendants, JORGE CASAHONDA PADILLA, CARLOS JUAREZ, AND DANIEL JOSEPH NASTARI, did knowingly and willfully conspire and agree together and with each other, and with other persons both known and unknown to the Grand Jury, to export and send from the United States, and to receive, conceal, buy, sell or in any manner facilitate the transportation, concealment, or sale of any merchandise, that is: firearms, to wit:

> a. Fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles on July 10, 2023. (Fully described in Paragraph 4);
>
> b. Twenty-six (26) Pioneer Arms Sporter 7.62x39 mm rifles on July 24, 2023. (Fully described in Paragraph 6);
>
> c. Forty (40) Pioneer Arms Sporter 7.62x39 mm rifles on September 1, 2023 (Fully described in Paragraph 10); and
>
> d. Fifty (50) Pioneer Arms Sporter 7.62x39 mm rifles on October 24, 2023. (Fully described in Paragraph 12);

knowing the items to be intended for exportation and knowing such acts were contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819(a)(2), Title 15, Code of Federal Regulations, Parts 730, et. seq., 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**Purpose of the Conspiracy**

16. The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms from the United States into the Republic of Mexico. The firearms purchased to be smuggled during this conspiracy include:

- One hundred thirty (130) Pioneer Arms Sporter 7.62x39 mm and/or 5.56x45 caliber rifles.

**The Means and Methods of the Conspiracy**

17. The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 13 of 30*

a. It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase and acquire firearms in the Southern District of Florida.

b. It was a further part of the conspiracy that certain defendants and/or their co-conspirators would provide the funds and directions for the firearm purchases to the defendants and/or conspirators who purchased the firearms and provide monetary compensation for the firearm purchases.

c. It was a further part of the conspiracy that the defendants and/or co-conspirators would arrange for the transportation of the purchased firearms from the Southern District of Florida to the District of Arizona.

d. It was a further part of the conspiracy that the defendants and/or other co-conspirators would then employ drivers to take the firearms with the knowledge that the firearms were intended to ultimately be transported from the United States into the Republic of Mexico.

e. It was a further part of the conspiracy that certain defendants and/or their co-conspirators would transport the firearms from the United States into the Republic of Mexico.

f. It was further part of the conspiracy that the defendants and/or their co-conspirators did not have a valid license or other authority to export the firearms from the United States into the Republic of Mexico.

## Overt Acts

18. In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the over acts described below:

a. On July 14, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI (NASTARI) purchased fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles from Gunslingers, a federally licensed firearms dealer, and paid approximately $11,250, in cash. NASTARI received the cash payment from CARLOS JUAREZ (JUAREZ). NASTARI

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 14 of 30*

and JUAREZ are no longer in possession of any of the firearms. (Fully described in Paragraph 4);

b. On July 21, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI purchased twenty-six (26) Pioneer Arms Sporter, 7.62x39 mm rifles, from Gunslingers, a federally licensed firearms dealer, and paid approximately $20,867, in cash. NASTARI received the cash payment from CARLOS JUAREZ. NASTARI and JUAREZ are no longer in possession of any of the firearms. (Fully described in Paragraph 10);

c. On August 4, 2023, in the District of Arizona, JORGE CASAHONDA PADILLA (PADILLA) was arrested at the Mariposa Port of Entry, in Nogales, with ten (10) Pioneer Arms Sporter, 7.62x39 mm rifles and twenty (20) 30-round magazines concealed in his vehicle. At the time, he was attempting to exit the United States and enter the Republic of Mexico. PADILLA did not have a license to export the firearms. (Fully described in Paragraph 7);

d. On September 1, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI purchased and received the forty (40) Pioneer Arms Sporter 7.62x39 mm rifles from Gunslingers, a federally licensed firearms dealer, and paid approximately $ 31,170, in cash. NASTARI received the cash payment from CARLOS JUAREZ. That day, NASTARI and JUAREZ communicated with each other three times. NASTARI and JUAREZ are no longer in possession of any of the firearms. (Fully described in Paragraph 10); and

e. On October 12, 2023, in the Southern District of Florida, that is, in Fort Pierce, DANIEL JOSEPH NASTARI placed an order with Gunslingers, in Fort Pierce, Florida, for an additional fifty (50) Pioneer Arms Sporter 7.62x39 mm and 5.56x45 caliber rifles. Then later that day, NASTARI

purchased the fifty (50) Pioneer Arms Sporter 7.62x39 mm and 5.56x45 caliber rifles from Gunslingers, a federal licensed firearms dealer, and paid approximately $ 39,828, in cash. NASTARI received the cash payment from JUAREZ. (Fully described in Paragraph 12).

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

19. Paragraphs 1 through 18 of this Superseding Indictment are realleged and incorporated as fully set forth herein.

20. From a time unknown to include July 1, 2023, and continuing through August 4, 2023, in the District of Arizona, the Southern District of Florida and elsewhere, the defendants, CARLOS JUAREZ, DANIEL JOSEPH NASTARI, and JORGE CASAHONDA PADILLA, did fraudulently and knowingly export and send and intentionally attempt to export and send from the United States to the Republic of Mexico, merchandise, articles, or objects, contrary to any law or regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2), Title 15, Code of Federal Regulations, Parts 730, et. seq.,736.2. 738, and 774, and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, that is, firearms, to wit:

   a. Fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles on July 10, 2023. (Fully described in Paragraph 4);

   b. Twenty-six (26) Pioneer Arms Sporter 7.62x39 mm rifles on July 24, 2023. (Fully described in Paragraph 6);

prior to exportation, knowing the same to be intended for exportation, contrary to any law or regulation of the United States.

All in violation of Title 18, United States Code, Sections 554(a) and 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946).

////

////

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 16 of 30*

## COUNT 3

21. Paragraphs 1 through 20 of this Superseding Indictment are realleged and incorporated as fully set forth herein.

22. On or about August 4, 2023, in the District of Arizona, the defendant, JORGE CASAHONDA PADILLA, did knowingly receive firearms, that is, 10 Pioneer Arms Sporter, 7.62x39mm rifles (Fully described in Paragraph 7), knowing or having reasonable cause to believe that such firearms will be used to commit a felony, that is, Smuggling of Goods from the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation to Title 18, United States Code, Section 924(h).

## COUNT 4

23. Paragraphs 1 through 22 of this Superseding Indictment are realleged and incorporated as fully set forth herein.

24. From a time unknown to include July 1, 2023, and continuing through October 24, 2023, in the District of Arizona, the Southern District of Florida and elsewhere, the defendants, CARLOS JUAREZ and DANIEL JOSEPH NASTARI, did knowingly and willfully conspire and agree together and with each other, and with other persons both known and unknown to the Grand Jury, to purchase firearms, to wit:

   a. Fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles on July 10, 2023. (Fully described in Paragraph 4);

   b. Twenty-six (26) Pioneer Arms Sporter 7.62x39 mm rifles on July 24, 2023. (Fully described in Paragraph 6);

   c. Forty (40) Pioneer Arms Sporter 7.62x39 mm rifles on September 1, 2023 (Fully described in Paragraph 10); and

   d. Fifty (50) Pioneer Arms Sporter 7.62x39 mm rifles on October 24, 2023. (Fully described in Paragraph 12);

in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of unknown individuals, knowing or having reasonable cause to

believe that the unknown individuals intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a felony, that is, Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Sections 932(b)(2) and (c).

## COUNT 5

25. Paragraphs 1 through 24 of this Superseding Indictment are realleged and incorporated as fully set forth herein.

26. From a time unknown to include July 1, 2023, and continuing through October 24, 2023, in the District of Arizona, the Southern District of Florida and elsewhere, the defendants, CARLOS JUAREZ and DANIEL JOSEPH NASTARI, did knowingly and willfully conspire and agree together and with each other, and with other persons both known and unknown to the Grand Jury, to receive and transfer firearms, to wit:

    a. Fourteen (14) Pioneer Arms Sporter 7.62x39 mm rifles on July 10, 2023. (Fully described in Paragraph 4);

    b. Twenty-six (26) Pioneer Arms Sporter 7.62x39 mm rifles on July 24, 2023. (Fully described in Paragraph 6);

    c. Forty (40) Pioneer Arms Sporter 7.62x39mm rifles on September 1, 2023 (Fully described in Paragraph 10); and

    d. Fifty (50) Pioneer Arms Sporter 7.62x39 mm rifles on October 24, 2023. (Fully described in Paragraph 12);

knowing or having reasonable cause to believe that such firearms would be used to commit a felony, that is Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 924(h).

////

////

////

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Superseding Indictment, defendants, JORGE CASAHONDA PADILLA, CARLOS JUAREZ, and DANIEL JOSEPH NASTARI, shall forfeit to the United States pursuant to:

a)     Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations, including, but not limited to:

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1178992 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC23P110842 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1182192 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10900 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11736 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182986 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11777 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10841 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182087 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179009 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11734 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10881 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10873 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179012 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11788 | 7.62x39 |

| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11774 | 7.62x39 |
|---|---|---|---|---|
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11823 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11769 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11891 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11794 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11836 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11838 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11779 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11813 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11883 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11805 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11811 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11786 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11733 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11820 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11737 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11874 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11841 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11843 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11760 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11731 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11877 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11844 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11872 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11893 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13185 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13298 | 7.62x39 |

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 20 of 30*

| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13228 | 7.62x39 |
|----------|-------------------|---------|--------------|---------|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13275 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11848 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13191 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13269 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13266 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13304 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13217 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13259 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13190 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13167 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13240 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13220 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13149 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13166 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13225 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13216 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13135 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13221 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13162 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13209 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13277 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl12997 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13248 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13203 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13157 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11792 | 7.62x39 |

| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13237 | 7.62x39 |
|---|---|---|---|---|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13208 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13179 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13150 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13256 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13290 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11800 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13271 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13204 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13213 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13226 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14618 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14637 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14623 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14630 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11908 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1187911 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14609 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14633 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14622 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14639 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14600 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188626 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13015 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14615 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13188 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13302 | 7.62x39 |

| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188611 | 7.62x39 |
|---|---|---|---|---|
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13279 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11881 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14610 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13159 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11825 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14645 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13010 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14604 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14602 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14616 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14607 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11869 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188184 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14643 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188423 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13171 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11817 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14599 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188621 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11900 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14628 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14619 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14625 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13281 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188549 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14605 | 5.56x45 |

| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14638 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13285 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14644 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14647 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188603 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14612 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14629 | 5.56x45 |

b)     Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Date of Purchase | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1178992 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC23P110842 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | PAC1182192 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10900 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11736 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182986 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11777 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10841 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1182087 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179009 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11734 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10881 | 7.62x39 |
| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac23pl10873 | 7.62x39 |

| 07/14/23 | PIONEER ARMS CORP | SPORTER | Pac1179012 | 7.62x39 |
|---|---|---|---|---|
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11788 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11774 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11823 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11769 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11891 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11794 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11836 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11838 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11779 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11813 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11883 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11805 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11811 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11786 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11733 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11820 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11737 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11874 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11841 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11843 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11760 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11731 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11877 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11844 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | pac23pl11872 | 7.62x39 |
| 07/21/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11893 | 7.62x39 |

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 25 of 30*

| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13185 | 7.62x39 |
|---|---|---|---|---|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13298 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13228 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13275 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11848 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13191 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13269 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13266 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13304 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13217 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13259 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13190 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13167 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13240 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13220 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13149 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13166 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13225 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13216 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13135 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13221 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13162 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13209 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13277 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl12997 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13248 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13203 | 7.62x39 |

| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13157 | 7.62x39 |
|---|---|---|---|---|
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11792 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13237 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13208 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13179 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13150 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13256 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13290 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11800 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13271 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13204 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13213 | 7.62x39 |
| 09/01/23 | PIONEER ARMS CORP | SPORTER | PAC23PL13226 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14618 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14637 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14623 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14630 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11908 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1187911 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14609 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14633 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14622 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14639 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14600 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188626 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13015 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14615 | 7.62x39 |

| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13188 | 7.62x39 |
|---|---|---|---|---|
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13302 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188611 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13279 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11881 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14610 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13159 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL11825 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14645 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13010 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14604 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14602 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14616 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14607 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11869 | 7.62x39 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188184 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14643 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188423 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13171 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11817 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14599 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188621 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl11900 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14628 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14619 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14625 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13281 | 5.56x45 |

| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188549 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14605 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14638 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac23pl13285 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14644 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14647 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | Pac1188603 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14612 | 5.56x45 |
| 10/24/23 | PIONEER ARMS CORP | SPORTER | PAC23PL14629 | 5.56x45 |

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

////

////

////

////

////

////

////

////

////

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 29 of 30*

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 20, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Jorge Casahonda Padilla, et al.*
*Indictment Page 30 of 30*